Kristin G. Garris, Counsel
kgarris@sh-law.com
Direct Phone: 212-784-6909  Fax: 212-808-4155

**VIA ECF**

May 11, 2020

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Metamorfoza D.O.O. v. Big Funny, LLC et al.*
      Civil Action No. 1:19-cv-11743-RA

Dear Judge Abrams:

      We represent Metamorfoza D.O.O. ("Plaintiff") in connection with the above-referenced litigation. Pursuant to Your Honor's individual rules dated February 6, 2020, Plaintiff hereby gives notice that it will rely on the Amended Complaint (with exhibits) filed April 2, 2020, in opposing Defendants' Motion to Dismiss and Alternative Motion to Transfer and accompanying papers filed April 30, 2020.

Respectfully submitted,

/*Kristin Garris*/
Kristin G. Garris
Scarinci Hollenbeck
3 Park Avenue, 15th Floor
New York, NY 10016
kgarris@sh-law.com
212-784-6909 office
336-608-2736 mobile


cc: Defendants' counsel via ECF