UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METAMORFOZA D.O.O.,

                    Plaintiff,

          v.

BIG FUNNY, LLC, *et al.*,

                    Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

19-CV-11743 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      During oral argument on Defendants' motion to dismiss earlier today, Plaintiff maintained that it has uncovered additional facts critical to the pending motion. No later than February 10, 2021, Plaintiff shall file with the Court its proposed amended complaint, along with a redlined version highlighting the proposed amendments.

SO ORDERED.

Dated:    February 2, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge