| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 2-12-21 |

METAMORFOZA, D.O.O.,

                Plaintiff,

      v.

BIG FUNNY LLC, *et al.*,

                Defendants.

19-CV-11743 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff is hereby granted an extension to file its proposed second amended complaint and attached exhibits no later than the end of the day today.

    The Court further orders Plaintiff to file a letter explaining why its new allegation that Defendants acted in "bad faith" is legally relevant to Defendants' claim to first use of the name "Museum of Illusions" in commerce. It shall file this letter no later than Wednesday, February 17, 2021, citing relevant case law in support of its argument. Should they wish to respond, Defendants may file a response letter no later than Friday, February 19, 2021.

SO ORDERED.

Dated:    February 12, 2021
              New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge